DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRIAN M. CASEY,**
Appellant,

v.

**JULIE JONES,**
Appellee.

No. 4D17-1757

[November 16, 2017]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Barbara W. Bronis, Judge; L.T. Case No. 16-1158-CA.

Brian M. Casey, South Bay, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, DAMOORGIAN and LEVINE, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***